**Motion Granted; Order filed October 6, 2022**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

**NO. 14-22-00456-CV**
_____

**TOMMY LE, Appellant**

**V.**

**ERNESTO ANTONIO VILLATORO, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-65323**

## ORDER

On August 4, 2022, we abated this appeal and referred the dispute to mediation. On September 30, 2022, appellant filed an unopposed motion requesting that we continue the abatement of this appeal to allow more time for mediation. That motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **December 5, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.